# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONNY CUEVAS SOLAR, et al.,<br>　　　Plaintiff(s),<br>v.<br>UNITED STATES POSTAL SERVICE,<br>　　　Defendant(s). | Case No. 2:24-cv-01260-CDS-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is the parties' joint discovery plan seeking special scheduling review. Docket No. 8. The Court SETS a scheduling conference for 1:00 p.m. on October 15, 2024, in Courtroom 3C.

IT IS SO ORDERED.

Dated: October 8, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1