MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:         MCKTeam@the702firm.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SONNY CUEVAS SOLAR, individually; ROGELIO MACIA DIAZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. : 2:24-cv-01260-CDS-NJK<br><br>**STIPULATION AND ORDER TO MODIFY EXISTING SCHEDULING ORDER**<br>*(Second Request)* |

Pursuant to LR IA 6-1 and 6-2 of the Local Rules of Practice of the U.S. District Court for the District of Nevada, Plaintiffs, SONNY CUEVAS SOLAR and ROGELIO MACIA DIAZ ("Plaintiffs"), and the United States of America, on behalf of the United States Postal Service ("Federal Defendant" or "Defendant"), (collectively the "Parties") jointly agree, by and through their respective counsel of record, to stipulate and request that the Court extend discovery for twenty-two (22) days. This is the Parties' second stipulation to extend time to take discovery. In support thereof, the Parties provide the following:

**I.**

**CONDUCTED DISCOVERY**

1. On March 13, 2025, the Court granted the Parties' first request to extend the Parties Discovery Plan and Scheduling Order ("DPSO") (ECF No. 15). The basis for this

extension was to obtain necessary discovery. Since such time, the Parties have diligently obtained discovery through written means, third-party subpoenas for records, and six depositions.

2. On March 13, 2025, the Court granted the Parties' stipulation to dismiss Plaintiffs' claim for negligent hiring, retention, and supervision. (ECF No. 17).

3. On March 31, 2025, the Parties exchanged initial expert disclosures. Plaintiffs disclosed three experts and Federal Defendants disclosed three experts.

4. On April 18, 2025, Plaintiffs disclosed supplemental expert reports from their life care planner.

5. On May 1, 2025, the Parties disclosed rebuttal expert reports.

6. The following expert depositions are scheduled to take place in the upcoming weeks, some of which could not be scheduled prior to the current discovery cutoff date (May 29. 2025) due to the experts' and/or counsel's availability:

- Thomas Dunn, MD [Plaintiffs Expert] – May 28, 2025
- Henry Miller, PhD [Defense Expert] – May 27, 2025
- Benjamin T. Bjerke, MD, MS [Defense Expert] – June 20, 2025
- William Partin, CPA [Defense Expert] – May 27, 2025
- Tony Reyes, PhD [Plaintiffs Expert] – May 14, 2025
- Paul Thomas, PhD [Plaintiffs Expert] – May 30, 2025
- Mary Ann Shannon, MD [Plaintiffs Expert] – June 6, 2025

## II.

## OUTSTANDING DISCOVERY

1. The Parties are in the process of conducting depositions of the Parties' disclosed experts. Dr. Mary Ann Shannon's first available date for her deposition is June 6, 2025, which is

seven days after the close of discovery. Though Dr. Bjerke is available on May 26, 2025, this is a federal holiday. His next available date for his deposition is June 20, 2025, which is twenty-two days after the close of discovery.

2. The Parties will continue to supplement their FRCP 26 disclosures as needed, in accordance with the rules.

## III.
## GOOD CAUSE EXISTS TO GRANT THE PARTIES' SECOND REQUEST TO EXTEND DISCOVERY

Good cause exists to grant the Parties' second request to modify the DPSO. This case involves disputed damages, which requires opinions from experts based on fulsome discovery—which is ongoing, as detailed above. The Parties have been diligently working on discovery and moving this case forward but require extra time for expert depositions. As such, the Parties agreed to extend discovery for twenty-two (22) days.

## IV.
## CURRENT AND PROPOSED DISCOVERY SCHEDULES

The following table outlines the Parties' current discovery deadlines pursuant to the Court's Order Granting the Parties' DPSO (ECF No. 15), and the Parties' proposed extended discovery deadlines pursuant to this instant stipulation:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut Off | May 29, 2025 | June 20, 2025 |
| Dispositive Motions | June 30, 2025 | August 4, 2025 |
| Joint Pretrial Order | July 28, 2025[1] | September 2, 2025 |

///

///

---

[1] However, if dispositive motions are filed, the proposed joint pretrial order will be due thirty days after the rulings on such dispositive motions.

## V.

## CONCLUSION

In sum, this instant stipulation is the Parties' second request for an extension of the discovery deadlines in this matter. The Parties have good cause to extend discovery because discovery delays were caused by the Parties' experts deposition availability, which did not become apparent until expert rebuttal disclosures. The Parties have conferred about this joint stipulation, and respectfully submit that the reasons set forth above constitute compelling reasons for their requested extension.

IT IS SO STIPULATED AND AGREED

| Dated this 7th day of May 2025. | Dated this 7th day of May 2025. |
|---|---|
| **SIGAL CHATTAH**<br>**UNITED STATES ATTORNEY**<br><br> /s/ Reem Blaik<br>REEM BLAIK<br>Assistant United States Attorney<br>Nevada Bar No. 16386<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal Defendant* | **The702FIRM INJURY ATTORNEYS**<br><br> /s/ Michael C. Kane<br>MICHAEL C. KANE<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* |

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ May 8, 2025