TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Sonny Cuevas Solar, individually; Rogelio Macia Diaz, individually,

Plaintiffs,

v.

United States Postal Service; Does I through X, inclusive and Roe Corporations I through X, inclusive,

Defendants.

Case No. 2:24-cv-01260-CDS-NJK

**Notice of Appearance**

Please take notice that Assistant United States Attorney James Sweetin is appearing as counsel for the Federal Defendant.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

Respectfully submitted this 8th day of April 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney