TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sonny Cuevas Solar; Rogelio Macia Diaz, <br><br> Plaintiffs <br><br> v. <br><br> United States Postal Service, <br><br> Defendant | Case No. 2:24-cv-01260-CDS-NJK <br><br> **Stipulation and Order to Continue Trial** <br><br> **(First Request)** <br><br> [ECF No. 24] |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Sonny Cuevas Solar, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin September 28, 2026, to the week of December 27, 2026,  or a date thereafter which fits the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

Federal Defendants counsel was recently assigned this case. The parties are also in communication regarding scheduling a settlement conference. Accordingly, the parties

respectfully request that the Court continue the trial to the week of December 27, 2026, or thereafter.

Respectfully submitted this 11th day of June 2026.

| THE702FIRM INJURY ATTORNEYS | TODD BLANCHE |
| | Acting Attorney General of the United States |
| | SIGAL CHATTAH |
| | First Assistant United States Attorney |

/s/  Michael C. Kane
MICHAEL C. KANE, ESQ
Nevada Bar No. 10096
8335 W. Flamingo Road
Las Vegas, Nevada 89147

*Attorney for Plaintiffs*

/s/  James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for Federal Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 12, 2026